544 U.S. 996
 CHACON-AVITIA
v.
UNITED STATES
CONEJO-CANO
v.
UNITED STATES
GALLEGOS-LUERA, AKA TORRES-MONSISVAIS
v.
UNITED STATES
GONZALEZ-BARRAZA
v.
UNITED STATES
GONZALEZ-CALDERON
v.
UNITED STATES
GRANADOS-VASQUEZ
v.
UNITED STATES
MARTINEZ-MORALES, AKA MALDONADO, AKA MARTINEZ
v.
UNITED STATES
MUNOZ-MARQUEZ
v.
UNITED STATES
ONTIVEROS, AKA SAUCEDO-ONTIVEROS
v.
UNITED STATES
ORNELAS-ESTRADA
v.
UNITED STATES
PAXTOR
v.
UNITED STATES
POMPA-ESTRADA
v.
UNITED STATES
PONCE-SANCHEZ
v.
UNITED STATES
REYES-GURROLA
v.
UNITED STATES
RIVAS-GARCIA
v.
UNITED STATES
RUIZ-LEVARIO, AKA RUIZ
v.
UNITED STATES
RUIZ-LOERA, AKA RUIZ LOERA, AKA RIVERA-HERNANDEZ
v.
UNITED STATES
ROLDAN-GIL
v.
UNITED STATES
SALAZAR-MONTES, AKA NOE SALAZAR, AKA SALAZAR
v.
UNITED STATES
VALENZUELA-LUNA
v.
UNITED STATES
VASQUEZ-SORIA
v.
UNITED STATES and
ARANDA-CRUZ, AKA ARNADA-CRUZ
v.
UNITED STATES
 No. 04-9276.
 Supreme Court of United States.
 April 25, 2005.
 
 1
 Reported below: 115 Fed. Appx. 749.
 
 
 2
 115 Fed. Appx. 725.
 
 
 3
 115 Fed. Appx. 280.
 
 
 4
 115 Fed. Appx. 749.
 
 
 5
 115 Fed. Appx. 276.
 
 
 6
 115 Fed. Appx. 729.
 
 
 7
 115 Fed. Appx. 285.
 
 
 8
 115 Fed. Appx. 286.
 
 
 9
 115 Fed. Appx. 242.
 
 
 10
 115 Fed. Appx. 283.
 
 
 11
 115 Fed. Appx. 276.
 
 
 12
 115 Fed. Appx. 284.
 
 
 13
 115 Fed. Appx. 741.
 
 
 14
 115 Fed. Appx. 272.
 
 
 15
 115 Fed. Appx. 250.
 
 
 16
 115 Fed. Appx. 269.
 
 
 17
 115 Fed. Appx. 232.
 
 
 18
 115 Fed. Appx. 249.
 
 
 19
 115 Fed. Appx. 270.
 
 
 20
 115 Fed. Appx. 241.
 
 
 21
 115 Fed. Appx. 282.
 
 
 22
 115 Fed. Appx. 270. C. A. 5th Cir..
 
 
 23
 Motion of petitioners for leave to proceed in forma pauperis granted. Certiorari granted, judgments vacated, and cases remanded for further consideration in light of United States v. Booker, 543 U. S. 220 (2005).